Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-388**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

---

## Title

Title of Work: Smoky Mountain Black Bear

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: February 13, 2012
Nation of 1st Publication: United States

## Author

- Author: Robert Wavra
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Robert Wavra
2805 Congress Dr., Kokomo, IN, 46902, United States

## Rights and Permissions

Name: Robert Wavra
Email: bobwavra@aol.com
Address: 2805 Congress Dr.
Kokomo, IN 46902 United States

## Certification

Name: David Denholm
Date: December 22, 2023
Applicant's Tracking Number: RW2023122202



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-387**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Red Truck |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | March 29, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Wavra |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Wavra |
| | 2805 Congress Dr., Kokomo, IN, 46902, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Robert Wavra |
| **Email:** | bobwavra@aol.com |
| **Address:** | 2805 Congress Dr. |
| | Kokomo, IN 46902 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 22, 2023 |
| **Applicant's Tracking Number:** | RW2023122203 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-389-389**

**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Chickadees and Coneflowers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Robert Wavra |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Robert Wavra |
| | 2805 Congress Dr., Kokomo, IN, 46902, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Robert Wavra |
| **Email:** | bobwavra@aol.com |
| **Address:** | 2805 Congress Dr. |
| | Kokomo, IN 46902 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | December 22, 2023 |
| **Applicant's Tracking Number:** | RW2023122201 |

