IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT WAVRA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-05696

Judge John F. Kness

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 14 | Little Chair |
| 8 | Eivis |
| 1 | YOUFUSHOP2023 |
| 44 | Enco |
| 27 | Arcemain |
| 30 | KEINXS Co., Ltd |
| 31 | Katrer Co. Ltd |
| 33 | FNNMNNR Co. Ltd |
| 37 | Dsseng Co., Ltd |
| 47 | JUNWELL Co., Ltd |
| 94 | SDOTXA |
| 32 | REEREEN Co. Ltd |
| 5 | ONEDOUBLE |
| 21 | 至善若水 |
| 23 | xuanxuan// |
| 73 | Yy' choice Co.Ltd |
| 46 | xinlonyao |
| 29 | NAIMOER Direct |
| 28 | BERTERI |
| 2 | ornerx |

DATED:  October 5, 2024    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 5, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt